UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS-6**

| Case No. | SACV 10-460-JST(MLGx) | Date | December 2, 2010 |
|---|---|---|---|
| Title | RAFIK Y. KAMELL v. JP MORGAN CHASE BANK N.A., etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS)** ORDER DISMISSING ACTION PURSUANT TO ORDER TO SHOW CAUSE

Court having previously issued an Order to Show Cause why this action should not be dismissed for lack of prosecution, with the response to this Order to Show Cause due no later than November 30, 2010, and the Court having received no response, the matter is now ordered dismissed for failure to prosecute.

: 

Initials of Preparer   enm